IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES ZHANG | : | |
| Plaintiff | : | |
| v | : | Civil Action No. L-06-2966 |
| FRIEDMAN & MACFADYEN, *et al.* | : | |
| Defendants | : | |

o0o

**ORDER**

Pending is plaintiff James Zhang's Notice of Dismissal (Docket No. 8). The Complaint has not been served and no responsive pleadings have been filed. Accordingly, the Court hereby:

(i)  DISMISSES the Complaint without prejudice;

(ii) DIRECTS the Clerk to MAIL this Order to Plaintiff; and

(iii) DIRECTS the Clerk to CLOSE this case.

It is so ORDERED this 14th day of May, 2007.

/s/
Benson Everett Legg
Chief Judge